**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC10-00136

## ORDER

The Court has before it relator's August 12, 2013 "motion for leave of court to file supplements to petition for writ of mandamus and apply Rule 2." The Court **DENIES** the motion.

/s/     DAVID L. BRIDGES
        JUSTICE